No. 25-1438

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
May 30, 2025
KELLY L. STEPHENS, Clerk

SMALL BUSINESS ASSOCIATION OF )
MICHIGAN, et al., )
)
    Plaintiffs - Appellees, )
)
v. )        O R D E R
)
SCOTT BESSENT, in his official capacity as the )
Secretary of the United States Department of the )
Treasury, et al., )
)
    Defendants - Appellants. )

The defendants appeal the summary judgment for the plaintiffs on their constitutional challenge to the Corporate Transparency Act. The defendants now move to hold briefing in abeyance pending the outcome of forthcoming rulemaking. The plaintiffs have not responded in opposition, and the time for doing so has passed.

Upon review and consideration, the defendants' motion is GRANTED. Briefing in this appeal will be held in abeyance pending FinCEN's resolution of rulemaking or until further order of the court. The defendants shall file a status report every 60 days.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk