**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | |
|---|---|
| SMALL BUSINESS ASSOCIATION OF MICHIGAN, *et al.*,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>SCOTT BESSENT, *in his official capacity as Secretary of the Treasury, et al.*,<br><br>    Defendants-Appellants. | No. 25-1438 |

**STATUS REPORT**

On May 30, 2025, the Court granted the government's unopposed motion to hold this case in abeyance to allow the Department of the Treasury (Department) time to complete new rulemaking regarding the reporting requirements of certain foreign and domestic entities under the Corporate Transparency Act (CTA). The Court directed the government to file a status report by July 29, 2025, and every 60 days thereafter.

As the government explained in its last status report filed on July 29, 2025, the Department, through the Financial Crimes Enforcement Network (FinCEN), issued an interim final rule on March 26, 2025, that exempted plaintiffs from the CTA's reporting requirements. *See Beneficial Ownership Information Reporting*

*Requirement Revision and Deadline Extension*, 90 Fed. Reg. 13,688 (Mar. 26, 2025). FinCEN is currently reviewing comments regarding the interim final rule as part of its final rulemaking, and "intends to issue a final rule this year." *Id.* at 13,689.

Respectfully submitted,

DANIEL TENNY
MAXWELL BALDI

 /s/ *Sophia Shams*
SOPHIA SHAMS
   Attorneys, Appellate Staff
   Civil Division, Room 7264
   U.S. Department of Justice 950
   Pennsylvania Ave., N.W.
   Washington, D.C. 20530
   (202) 514-2495
   sophia.shams@usdoj.gov

SEPTEMBER 2025

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

 /s/ *Sophia Shams*
SOPHIA SHAMS